UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HERITAGE FOUNDATION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>  Defendant. | Civil Action No. 24-326 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of March 12, 2024, the parties, by and through respective undersigned counsel, report to the Court as follows.

1.  This lawsuit involves a March 29, 2023, Freedom of Information Act ("FOIA") request directed to Defendant seeking documents relating to Defendant's response to congressional and media inquiries on the origin of the COVID-19 Pandemic.

2.  Plaintiff filed suit on February 2, 2024, to compel the production of responsive records. Defendant filed its Answer on March 11, 2024.

3.  Defendant reports that it has begun searching for potentially responsive records, and it is attempting to refine the search terms in order to target the records Plaintiff seeks. Defendant's initial efforts are ongoing, and Defendant is not yet in a position to provide Plaintiff with an estimate of the total volume of records.

4.  The Parties have agreed to work together to further discuss the request and, if necessary, to further refine the search parameters and/or the scope of the request in order to efficiently process and produce records.

5. Accordingly, the Parties respectfully propose to file their next status report on June 14, 2024, and every sixty days thereafter, to update the Court on the status of the FOIA request and the parties' proposed next steps.

Dated: April 15, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

and

 /s/ *Kyle Brosnan (by permission)*
KYLE BROSNAN (No. 90021475)
The Heritage Foundation
Telephone:  202-608-6060
Email: Kyle.Brosnan@Heritage.org

SAMUEL EVERETT DEWEY (No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

*Counsel for Plaintiffs*